## Ex parte PAUL HOLMES.

No. A-6785. Opinion Filed Oct. 29, 1927.
(260 Pac. 1119.)

PER CURIAM. In this case the petition was filed in this court October 19, 1927. On the same day the cause was dismissed on motion of counsel for petitioner.